UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBIN DENISE SUTTON,

        Plaintiff,                                Case No. 14-11164

v                                                Honorable Thomas L. Ludington

STATE OF MICHIGAN,

        Defendant.

_____/

## ORDER ACKNOWLEDGING PLAINTIFF'S NOTICE OF
## VOLUNTARY DISMISSAL AND CLOSING CASE

      Plaintiff Robin Denise Sutton is a state prisoner at Women's Huron Valley Correctional Facility in Ypsilanti, Michigan. On March 19, 2014, Plaintiff filed a pro se civil rights complaint against the State of Michigan and an application to proceed without prepayment of the fees and costs for her complaint. The complaint alleged that, while Plaintiff was confined at Camp Brighton in Pinckney, Michigan, she was required to use contaminated water for drinking and showering. Plaintiff claimed that this condition of confinement was cruel and unusual punishment. She sought money damages for pain and suffering and a court ruling that she would be entitled to compensation for medical expenses if she became sick or was diagnosed with an illness that resulted from the use of contaminated water.

      On March 21, 2014, the Court granted Plaintiff's application to proceed without prepayment of the fees and costs for this action, and on March 27, 2014, Plaintiff filed a notice of voluntary dismissal. Because the State of Michigan was not served with the complaint and has not filed an answer or a motion for summary judgment, Plaintiff was entitled to dismiss her complaint without a court order, and the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1).

- 2 -

Accordingly, it is **ORDERED** that this case is hereby CLOSED.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: March 31, 2014

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon Robin Sutton #208355 at Huron Valley Complex - Womens, 3201 Bemis Road, Ypsilanti, MI 48197 by first class U.S. mail on March 31, 2014.

s/Tracy A. Jacobs
TRACY A. JACOBS